June 25, 2018

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10601

RECEIVED
SDNY PRO SE OFFICE
2018 JUN 25 PM 3:51
S.D. OF N.Y.

RE: **Weiss v. City University of New York, et al.,**
**Docket No: 17 Civ. 3557 (VSB);**

**Serve New Defendants, Foil Request, Legal Assistance**

Dear Judge Broderick,

I am writing to respectfully request permission to serve the new defendants added to the amended complaint. The Pro Se office said that I cannot serve them myself and that the judge needs to grant the Marshalls permission to serve the new defendants. I am respectfully requesting permission for the Marshalls to serve the additional defendants as per the agreement discussed at the November 9, 2017 hearing.

Additionally, I have filed a FOIL request with the school and I respectfully requesting access to the information requested.

Finally, I have reached out to the federally funded Pro Se Legal Assistance Clinic to obtain legal assistance for the response to the Defendants Motion to Dismiss but did not hear back from them. I am respectfully requesting legal assistance to help me draft a response for the Motion to Dismiss.

Respectfully submitted,

*[signature]*

Faigy Rachel Weiss,
Pro Se Plaintiff