```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
FAIGY RACHEL WEISS,                                      :
                              Plaintiff,                 :
                                                         :
         -against-                                       :      17-CV-3557 (VSB)
                                                         :
CITY UNIVERSITY OF NEW YORK,                             :            ORDER
et al.,                                                  :
                              Defendants.                :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2019

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendants' pre-conference letter (Doc. 71), Defendants' proposed Case Management Plan (Doc. 73), and Plaintiff's pre-conference letter and request for legal assistance (doc. 74). On June 6, 2019, I held an initial pre-trial conference regarding the case management plan and Defendants' proposed motion to dismiss.

Accordingly, as discussed on the record at the June 6 conference, it is hereby:

ORDERED that the parties are to confer and submit a joint proposed Case Management Plan by June 21, 2019.

IT IS FURTHER ORDERED THAT Defendants are to file their Motion to Dismiss by June 20, 2019. Plaintiff is granted leave to file an Amended Complaint. If she intends to do so, she must submit a letter to the Court by June 27, 2019 stating her intention and the amount of time she requests to file her Amended Complaint.

IT IS FURTHER ORDERED that if Plaintiff files an Amended Complaint, Defendants must submit a letter to the court within 21 days of such filing stating whether they intend to proceed with their Motion to Dismiss.

IT IS FURTHER ORDERED that Plaintiff intends to file a motion seeking the removal from

the Attorney General's Office from this case due to a conflict of interest, she must submit a letter to the Court by June 27, 2019 stating her intention and the amount of time she requests to file such a motion.

    The Clerk's Office is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: June 6, 2019
      New York, New York

_____
Vernon S. Broderick
United States District Judge