July
~~August~~ 29, 2019

SDNY PRO SE OFFICE RECEIVED 2019 JUL 29 PM 12: 52

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square NY, NY 10601

**Weiss v. City University of New York, et al.**
**Docket No: 17 Civ. 3557 (VSB);**
**Re: Preliminary relief**

Dear Judge Broderick,

I am writing to respectfully request permission to attend the MSW graduate program at Hunter College Silberman School of Social Work as a full time student with a full tuition waiver/scholarship, living stipend and medical/dental insurance as part of preliminary relief while the case advances to the discovery phase.

As already noted previously, defendants have engaged in public corruption, fraud, and other federal, state, city, and CUNY violations. The New York Attorney General recently stated that "My office will continue to root out public corruption, uphold the integrity of public office, and bring bad actors to justice at every level of government throughout New York" and that "no one is above the law". However, she continues to represent the defendants who are state/government employees working at CUNY despite the fact that they have violated state, city, federal, and CUNY laws/policies. It is therefore a conflict of interest for the attorney general to represent a state employee who has violated CUNY, state, city and federal laws as it contradicts the mission of the NYAG.

The NYAG, who has already reiterated that defendants have violated the laws, is not adhering to her own policy of holding public employees accountable for their actions and continues to defend the defendants despite their illegal activity while penalizing plaintiff who has not violated any laws.

Unfortunately, there have been multiple suicides within the Jewish community recently and plaintiff has the knowledge and understanding of what it is like to struggle and would like to get the degree and license required in the field to help people. The Fall semester starts at the end of August and plaintiff is respectfully asking to be given the opportunity to get her social work Masters degree to potentially save a life. Any consideration towards this would be greatly appreciated.

Respectfully submitted,

Faigy Rachel Weiss,

Pro Se Plaintiff