UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
FAIGY RACHEL WEISS,                                        :
:
:
                             Plaintiff, :
:
               -against-             :
:      17-CV-3557 (VSB)
CITY UNIVERSITY OF NEW YORK et.                            :
al.,                                                       :      **ORDER**
:
                          Defendants. :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On November 2, 2020, I granted the parties' request to adjourn the remaining discovery deadlines pending resolution of Defendants' motion to dismiss Plaintiff's second amended complaint. (Doc. 130.) It is hereby:

       ORDERED that the hearing scheduling in this matter for February 19, 2021 at 2:30 p.m. is adjourned.

SO ORDERED.

Dated: February 16, 2021
       New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge