UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FAIGY RACHEL WEISS,

                          Plaintiff,                    17-CV-3557 (VSB) (VF)

    -against-                       **ORDER SCHEDULING DISCOVERY CONFERENCE**

CITY UNIVERSITY OF NEW YORK et al,

                          Defendant(s).
---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A telephonic Discovery Conference in this matter is hereby scheduled for **Thursday, May 12, 2022, at 3:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        **SO ORDERED.**

DATED:      New York, New York
                May 3, 2022

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge