UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIGY RACHEL WEISS,<br><br>                            Plaintiff,<br><br>                -against-<br><br>CITY UNIVERSITY OF NEW YORK et al.,<br><br>                           Defendants. | 17-CV-03557 (VSB)<br><br>**Order Regarding Pro Bono Mediation Counsel** |

VALERIE FIGUEREDO, United States Magistrate Judge:

On June 14, 2022, the above-captioned case was referred to the Court's Mediation Program (see ECF No. 186).

IT IS HEREBY ORDERED that the Clerk of Court shall locate pro bono counsel to represent the plaintiff at the mediation. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

IT IS FURTHER ORDERED that any objection by the plaintiff to the appointment of pro bono counsel to represent the plaintiff in the mediation must be filed within 14 days of this order.

Dated:   June 17, 2022
           New York, New York

                                                    Valerie Figueredo
                                                United States Magistrate Judge