UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAIGY RACHEL WEISS,

                      Plaintiff,                          **17-CV-03557 (VSB) (VF)**

      -against-                                     **ORDER**

CITY UNIVERSITY OF NEW YORK et al.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the telephonic conference held before this Court on October 4, 2022, Defendants' response to Plaintiff's spoliation motion (ECF No. 196) is due no later than **October 28, 2022**. Any reply by Plaintiff shall be filed no later than **November 7, 2022**.

      SO ORDERED.

DATED:    New York, New York
               October 4, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge