UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAIGY RACHEL WEISS,

                Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK, et al.,

                Defendants.

17-CV-3557 (VSB)

**ORDER**

---

<u>VERNON S. BRODERICK</u>, United States District Judge:

    On August 22, 2022, Plaintiff filed a letter motion requesting sanctions for spoliation of evidence, ("Plaintiff's Spoliation Motion"). (Doc. 196.) The following day, Defendants filed their response. (Doc. 197.) In accordance with the Order of Reference issued in this case for general pretrial discovery, this motion was referred to Judge Figueredo. (*See* Doc. 146.) On August 30, 2022, I granted Defendants' application for a 90-day extension for the parties to file any motions for summary judgment. (Doc. 204.) The initial moving briefs are currently due on November 29, 2022, opposition papers are due by January 27, 2023, and reply papers are due by February 17, 2023. (*Id.*)[1] On October 4, 2022, pursuant to a telephonic conference held that same day, Judge Figueredo ordered Defendants to respond to Plaintiff's Spoliation Motion by November 7, 2022. (Doc. 212.) Defendants requested an extension, (Doc. 215), which Plaintiff objected to, (Doc. 216). Judge Figueredo granted the Defendants' extension application and ordered Defendants to respond by November 15, 2022 and Plaintiff to reply by November 28, 2022. (Doc. 217.) In light of the briefing schedule for Plaintiff's Spoliation Motion, it is hereby

---

[1] On September 13, 2022, Plaintiff filed a letter motion objection to the summary judgment briefing schedule proposed by the Defendants. (Doc. 206.)

ORDERED that the current briefing schedule for summary judgment is adjourned *sine die*. I will issue a revised briefing schedule following the resolution of Plaintiff's Spoliation Motion.

The Clerk's Office is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

SO ORDERED.

Dated:  November 10, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge