UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAIGY RACHEL WEISS,

                      Plaintiff,                  17-CV-03557 (VSB) (VF)

      -against-                    **ORDER**

CITY UNIVERSITY OF NEW YORK et al.,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons explained at the conference on January 11, 2023, Plaintiff's spoliation motion (see ECF No. 196) is **DENIED**, given that Defendants have located and produced the application materials sought by Plaintiff. To the extent that Plaintiff now raises—for the first time—issues concerning the format of application materials previously produced by Defendants, Plaintiff's objection is untimely. The materials were produced to Plaintiff during discovery and Plaintiff's pro bono counsel never raised an objection. Therefore, Plaintiff's objection is untimely as it was made months after the close of discovery.

      **SO ORDERED.**

DATED:    New York, New York
                January 12, 2023

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge