UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIGY RACHEL WEISS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY UNIVERSITY OF NEW YORK, et al.,<br><br>                              Defendants. | 17-CV-3557 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

      Following the resolution of Plaintiff's spoliation motion, the parties shall appear for a conference on February 27, 2023 at 4:30 PM via telephone using the dial in 888-363-4749 and access code 2682448 to discuss the current status of any settlement discussions and a summary judgment briefing schedule. The parties should meet and confer prior to the conference regarding a proposed summary judgment briefing schedule.

  SO ORDERED.

Dated:   February 9, 2023
            New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge