UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIGY RACHEL WEISS,

      Plaintiff,

  -against-

CITY UNIVERSITY OF NEW YORK, et al.,

      Defendants.

17-CV-3557 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

  On February 27, 2023, I held a status conference in this action via telephone to discuss a briefing schedule for summary judgment. In accordance with my comments during the status conference, it is hereby

  ORDERED that the parties file any summary judgment opening briefs by Friday, June 2, 2023, any opposition by September 29, 2023, and any reply by November 17, 2023.

  The Clerk's Office is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

SO ORDERED.

Dated: March 1, 2023
    New York, New York

                 _____
                 VERNON S. BRODERICK
                 United States District Judge