UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIGY RACHEL WEISS,<br><br>*Plaintiff*,<br><br>- against -<br><br>CITY UNIVERSITY OF NEW YORK ("CUNY"), MEMBERS OF THE CITY UNIVERSITY OF NEW YORK BOARD OF TRUSTEES, in their official and individual capacity, HUNTER COLLEGE OF THE CITY UNIVERSITY OF NEW YORK, THE SILBERMAN SCHOOL OF SOCIAL WORK AT HUNTER COLLEGE, JAMES MILLIEN, in his individual and personal capacity, NIREATA D. SEALS, in her individual and official capacity, JOHN ROSE, in his individual and official capacity, JENNIFER RAAB, in her individual and official capacity, ROBERTA NORD, in her individual and official capacity, ERIC T. SCHNEIDERMAN, in his individual and official capacity,<br><br>*Defendants*. | 17-CV-3557 (VSB)<br><br>**APPLICATION BY ERIN KANDEL PURSUANT TO LOCAL CIVIL RULE 1.4 FOR LEAVE TO WITHDRAW AS COUNSEL** |

ERIN KANDEL, an attorney duly admitted to practice before this Court, declares under penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the office of Letitia James, the Attorney General of the State of New York, attorney for defendants City University of New York, Hunter College of The City University of New York, Members of the City University of New York Board of Trustees, James Milliken, Roberta Nord, Jennifer Raab, John Rose, Nireata D. Seals, and The Silberman School of Socal Work at Hunter College ("Defendants").

2. On November 28, 2018, I filed a notice appearance in this action on behalf of the Defendants (ECF No. 58).

3. I will no longer be employed as Assistant Attorney General in the Litigation Bureau of the New York State Office of the Attorney General, effective close of business on September 29, 2023.

4. In light of my imminent departure from the Litigation Bureau, and the continuing representation of the Defendants by the New York State Office of the Attorney General and AAG Eva Dietz (ECF No. 225), I respectfully request that my name be removed from the docket as an attorney representing the Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 29, 2023

*Erin Kandel*
ERIN KANDEL
Assistant Attorney General

Executed on September 29, 2023 in New York, New York.

---

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: October 2, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 257.

---

2