UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAIGY RACHEL WEISS

                 Plaintiff,

-against-                                    17 **CIVIL** 3557 (VSB)(VF)

## JUDGMENT

CITY UNIVERSITY OF NEW YORK, et al.

                 Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 23, 2025, Defendants' motion for summary judgment is GRANTED. Plaintiff is DENIED leave to seek further discovery. Accordingly, the case is closed.

**Dated:** New York, New York

      June 23, 2025

                                                 **TAMMI M. HELLWIG**

                                                 **Clerk of Court**

                           **BY:**

                                                 **Deputy Clerk**