UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FAIGY RACHEL WEISS,

                              Plaintiff,          **17-CV-03557 (VSB) (VF)**

            -against-                      **<u>ORDER</u>**

CITY UNIVERSITY OF NEW YORK et al.,

                             Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Clerk's Office is respectfully directed to resend ECF No. 277 to Plaintiff at the address identified on the docket and in Plaintiff's signature line in ECF No. 278.

      **SO ORDERED.**

DATED:    New York, New York
               July 14, 2025

                                                     VALERIE FIGUEREDO
                                                     United States Magistrate Judge