UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAIGY RACHEL WEISS,

                        Plaintiff,                    **17-CV-03557 (VSB) (VF)**

          -against-                          **ORDER**

CITY UNIVERSITY OF NEW YORK et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants are directed to file a response to Plaintiff's motions at ECF Nos. 286 and 287 on or before **December 26, 2025**.

      SO ORDERED.

DATED:    New York, New York
                November 24, 2025

                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge