**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FAIGY RACHEL WEISS,

                    Plaintiff,                         **17-CV-03557 (VSB) (VF)**

        -against-                                **ORDER**

CITY UNIVERSITY OF NEW YORK et al.,

                    Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated during the conference on May 11, 2026, Plaintiff's motion for

sanctions is denied.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 286 and 287.

      **SO ORDERED.**

DATED:     New York, New York
            May 11, 2026

                                         _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge